IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CITY OF LAS VEGAS, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,<br>Respondents,<br>  and<br>180 LAND CO., LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND FORE STARS, LTD., A NEVADA LIMITED-LIABILITY COMPANY,<br>Real Parties in Interest. | No. 84221 |



FILED

MAY 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING PETITION
FOR WRIT OF MANDAMUS OR CERTIORARI*

This emergency, original petition for a writ of mandamus or certiorari challenges a district court order denying a stay of the inverse condemnation judgment against petitioner pending appeal and conditioning the right to appeal upon payment of the judgment. Real parties in interest have filed an answer, as directed, and petitioner has filed a reply.

Meanwhile, however, petitioner filed an appeal and, in the appeal, a motion for stay essentially requesting the same relief. *See City of Las Vegas v. 180 Land Co., LLC*, Docket No. 84345. The motion for stay in that case was granted on May 9, 2022. As petitioner thus has obtained the relief requested in this writ petition, the petition is moot. *Personhood Nev.*

22-15612

*v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) (holding that a case that initially presents a live controversy may be rendered moot by subsequent events). Accordingly, we dismiss the petition.

It is so ORDERED.

_____, J.
Stiglich

_____, J.          _____, J.
Cadish                                Herndon


cc:  Hon. Timothy C. Williams, District Judge
     McDonald Carano LLP/Las Vegas
     Shute, Mihaly & Weinberger, LLP
     Las Vegas City Attorney
     Leonard Law, PC
     Law Offices of Kermitt L. Waters
     Kaempfer Crowell/Las Vegas
     EHB Companies, LLC
     Hutchison & Steffen, LLC/Las Vegas
     Eighth District Court Clerk